NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAN CARLOS APACHE TRIBE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5102

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-046, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw William P. Horn as principal counsel and be designated as of counsel for San Carlos Apache Tribe,

IT IS ORDERED THAT:

The motion is granted. New principal counsel for San Carlos Apache Tribe must enter an appearance within 30 days of the date of filing of this order.

FOR THE COURT

**JUL** 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  William P. Horn, Esq.
     Tamara N. Rountree, Esq.
     Steve M. Titla, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 6 2010

**JAN HORBALY**
**CLERK**